UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CHESTER KAREN WARREN ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:20-CV-149-FL |
| KILOLO KIJAKAZI, *ACTING* ) | |
| *COMMISSIONER OF SOCIAL SECURITY* ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on July 22, 2021, that Defendant's Consent Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to Defendant for further proceedings.

**This Judgment Filed and Entered on July 22, 2021, and Copies To:**
Charles F. Hall, IV (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

July 22, 2021            PETER A. MOORE, JR., CLERK

                  /s/ Sandra K. Collins
                 (By) Sandra K. Collins, Deputy Clerk